IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                          CASE NO.: 07-30790
    TURLEY, LARRY D
    TURLEY, KATHLEEN R                            CHAPTER 7

      Debtor(s).

_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS
## PURSUANT TO 11 U.S.C. §347

Chapter 7 Trustee, Karin A. Garvin ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, United States Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name and Address | Dividend |
|---|---|---|
| 7 | Milton Schaeffer & Richard Broer<br>c/o Arby Van Slyke, Esq<br>PO Box 13244<br>Pensacola, FL  32591 | $115.61 |

The check was mailed to the creditor at the above address on May 17, 2011.  The check was never cashed and was not returned to the Trustee.  A stop payment has been issued on this check.

        /s/ Karin A. Garvin
        Karin A. Garvin, Trustee
        FL Bar No. 0106933
        1801 W. Garden Street
        Pensacola, FL  32502
        850-437-5577/850-437-5250 fax
        trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice has been served by the Court's CM/ECF system upon: Charles F. Edwards, 110 East Park Avenue, Suite 128, Tallahassee, FL  32301 on the date this document was filed with the Court.  *Note: for verification of the date of service, please check the docket entry for this document.*

        /s/ Karin A. Garvin